**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

In re:

John O. Goodwin,

        Debtor.

Bk. No. 16-20503

Chapter 13

## NOTICE OF WITHDRAWAL OF NATIONSTAR MORTGAGE, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY

**PLEASE TAKE NOTICE** that Nationstar Mortgage, LLC hereby **WITHDRAWS** its *Motion for Relief from Automatic Stay* (Docket No. 33) as the parties are evaluating the possibility of a modification and the issues surrounding priorities of the liens against the property of the Debtor.

Dated: September 12, 2017

Respectfully submitted,

*/s/ Sam Anderson*
D. Sam Anderson, Esq.
Daniel P. Keenan, Esq. (admitted *pro hac vice*)
BERNSTEIN SHUR SAWYER & NELSON, P.A.
P.O. Box 9729
100 Middle Street
Portland, Maine 04104-5029
Phone:  (207)774-1200
Fax:  (207) 774-1127
Email: sanderson@bernsteinshur.com
       dkeenan@bernsteinshur.com

## CERTIFICATE OF SERVICE

I, Sam Anderson, being over the age of eighteen and an attorney at Bernstein, Shur, Sawyer & Nelson, P.A. in Portland, Maine, hereby certify that, on September 12, 2017, I filed the *Notice of Withdrawal of Nationstar's Motion for Relief from Automatic Stay* via the Court's CM/ECF electronic filing system which sent notice to all parties receiving notifications via the Court's CM/ECF electronic filing system.

Dated: September 12, 2017                    Respectfully submitted,


                                             */s/ Sam Anderson*
                                             D. Sam Anderson, Esq.
                                             BERNSTEIN SHUR SAWYER & NELSON, P.A.
                                             P.O. Box 9729
                                             100 Middle Street
                                             Portland, Maine 04104-5029
                                             Phone:  (207)774-1200
                                             Fax:  (207) 774-1127
                                             Email: sanderson@bernsteinshur.com