# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

In re:

John O. Goodwin,

        Debtor.

Case No. 16-20503

Chapter 13

## NATIONSTAR MORTGAGE, LLC'S OBJECTION
## TO DEBTOR'S AMENDED CHAPTER 13 PLAN

Nationstar Mortgage, LLC, ("Nationstar"), by and through its attorney, objects to the Debtor's First Amended Chapter 13 Plan (the "Amended Plan") to the extent that it does not provide for full payment of Nationstar's pre-petition arrearages and ongoing mortgage payments owed to Nationstar.

1. Nationstar is a creditor of the Debtor and filed Proof of Claim No. 7 (the "Proof of Claim") in the amount of $302,998.32.

2. The Proof of Claim includes a pre-petition arrearage of $5,049.50.

3. The Debtor is also in arrears on the post-petition payments owed to Nationstar.

4. The Amended Plan does not provide for any payment to Nationstar during the term of the plan.

5. Additionally, Maine Revenue Service and the Chapter 13 Trustee have objected to and have raised feasibility concerns regarding the Amended Plan. Nationstar joins in those concerns.

6. Accordingly, confirmation should be denied.

WHEREFORE, Nationstar respectfully requests that this Court (a) deny confirmation of the Amended Plan in its current form; and (b) grant such further relief as this Court deems necessary and appropriate.

Dated: December 1, 2017          **NATIONSTAR MORTGAGE, LLC**

By its attorney:

*/s/ Daniel P. Keenan, Esq.*
Daniel P. Keenan, Esq.
BERNSTEIN, SHUR, SAWYER & NELSON
100 Middle St., PO Box 9729
Portland, Maine 04104-5029
Phone: (207) 774-1200
Email: dkeenan@bernsteinshur.com

## CERTIFICATE OF SERVICE

I, Daniel P. Keenan, Esq., being over the age of eighteen and an attorney at Bernstein, Shur, Sawyer & Nelson, P.A. in Portland, Maine, hereby certify that, on December 1, 2017, I caused Nationstar's Objection to Debtor's Amended Chapter 13 Plan to be filed via the Court's CM/ECF electronic filing system ("CM/ECF"), which sent notice to all parties receiving notification through CM/ECF.

Dated: December 1, 2017          */s/ Daniel P. Keenan, Esq.*
Daniel P. Keenan, Esq.
BERNSTEIN, SHUR, SAWYER & NELSON
100 Middle St., PO Box 9729
Portland, Maine 04104-5029
Phone: (207) 774-1200
Email: dkeenan@bernsteinshur.com